Print this page

# Case # PD-1647-14

## Case Information

| | |
|---|---|
| Location | Court Of Criminal Appeals |
| Date Filed | 01/19/2015 05:01:25 PM |
| Case Number | PD-1647-14 |
| Case Description | |
| Assigned to Judge | |
| Attorney | Jason Horton |
| Firm Name | Jason Horton Law Firm |
| Filed By | Teresa Collins |
| Filer Type | Not Applicable |

## Fees

| | |
|---|---|
| Convenience Fee | $0.00 |
| Total Court Case Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $0.00 |

## Payment

| | |
|---|---|
| Account Name | Jason Horton Law Firm |
| Transaction Amount | $0.00 |
| Transaction Response | |
| Transaction ID | 6281040 |
| Order # | 003817367-0 |

## Petition for Discretionary Review

| | |
|---|---|
| Filing Type | EFileAndServe |
| Filing Code | Petition for Discretionary Review |
| Filing Description | Stedmond Abdullah's Petition for Discretionary Review |
| Reference Number | Abdullah |
| Comments | |
| Status | Rejected |

## Fees

| | |
|---|---|
| Court Fee | $0.00 |
| Service Fee | $0.00 |

## Rejection Information

| Rejection Reason | Time | Rejection Comment |
| --- | --- | --- |
| Other | 01/22/2015 02:47:51 PM | The petition for discretionary review does not contain the identity of Judge, Parties and Counsel [Rule 68.4(a)]. You have ten days to tender a corrected petition for discretionary review. |

## Documents

| | | |
| --- | --- | --- |
| *Lead Document* | Abdullah-PDR-Petition.pdf | [Original] |
| *Attachments* | Opinion 11-18-14 (Abdullah).pdf | [Original] |

## eService Details

| Name/Email | Firm | Service Type | Status | Served | Date/Time Opened |
| --- | --- | --- | --- | --- | --- |
| Jason Horton jason@jasonhortonlaw.com | | EServe | Sent | Yes | Not Opened |
| State Prosecuting Attorney Attorney information@spa.texas.gov | | EServe | Sent | Yes | 01/22/2015 10:22:28 AM |
| Jerry Rochelle jrochelle@txkusa.org | | EServe | Sent | Yes | Not Opened |
| Lauren Sutton lauren.sutton@txkusa.org | | EServe | Sent | Yes | Not Opened |